(PJWx), CLOSED, DISCOVERY, RELATED-G, STAYED

07cv7290 (JFK)

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:07-cv-04172-FMC-PJW

Marion Goss et al v. Merck & Co Inc et al
Assigned to: Judge Florence-Marie Cooper
Referred to: Magistrate Judge Patrick J. Walsh
Related Case: 2:06-cv-05378-FMC-PJW
Case in other court: Los Angeles County Superior Court, BC371964
Cause: 28:1441 Notice of Removal - Product Liability

Date Filed: 06/26/2007
Date Terminated: 09/04/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Marion Goss**
*a single man*

represented by **Robert F Clarke**
Phillips and Associates
3030 North Third Street, Suite 1100
Phoenix, AZ 85012
602-258-8900
Email: bobc@phillipslaw.ws
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



**Plaintiff**

**Catherine Viscuso**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Visnesky**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Corrine Wachter**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Wachter**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Minnie mWalker**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Ann Walter**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ruby Waters**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gwendolyn J Watkins**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Wayne**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tilda Weiss**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Warren Weiss**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Whealy**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janis Whisnant**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Whisnant**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Williams**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Williams**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edna M Richardson**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ollen Williams**
*husband and wife*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vertis Williams**
*husband and wife*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Norma J Wise**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frances Wood**

represented by **Robert F Clarke**

*a single woman*  (See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Plaintiff**

**Laura Wowk**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Wowk**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria Yoos**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra Youtz**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Youtz**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria E Zekan**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Zekan**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Octavio Zenil**
*husband and wife*

represented by **Robert F Clarke**
(See above for address)

                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bonnie Zenil**  represented by  **Robert F Clarke**
*husband and wife*  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vera H Hicks**  represented by  **Robert F Clarke**
*a single woman*  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lupe Jamison**  represented by  **Robert F Clarke**
*a single woman*  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra L Bohall**  represented by  **Robert F Clarke**
*wife and husband*  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John D Bohall, Sr**  represented by  **Robert F Clarke**
*wife and husband*  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janice Burgess**  represented by  **Robert F Clarke**
*a single woman*  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Babette Cabell**  represented by  **Robert F Clarke**
*a single woman*  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eleanor Chase**  represented by  **Robert F Clarke**
*a single woman*  (See above for address)
  *LEAD ATTORNEY*

|  |  |
|---|---|
| | ATTORNEY TO BE NOTICED |
| **Plaintiff** | |
| **Nan Christian**<br>*wife and husband* | represented by **Robert F Clarke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | |
| **Gerald Christian**<br>*wife and husband* | represented by **Robert F Clarke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | |
| **Rose Mary M Daily**<br>*wife and husband* | represented by **Robert F Clarke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | |
| **Charles Daily**<br>*wife and husband* | represented by **Robert F Clarke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | |
| **Elena Durant**<br>*a single woman* | represented by **Robert F Clarke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | |
| **Mary Duran**<br>*a single woman* | represented by **Robert F Clarke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | |
| **Dennis G Eifolla**<br>*husband and wife* | represented by **Robert F Clarke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | |
| **Lynn Eifolla**<br>*husband and wife* | represented by **Robert F Clarke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Marion Floyd**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shannon Franklin**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ernest Garcia**
*a single man*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathryn J Garriss**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen P Girard**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Gordon**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clara M Green**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Green**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Larry Groomer**
*a single man*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Haas**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara S Hair**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daisie V Harrison**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Hart**
*a single man*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlene Havens**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Ibarra**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marco Ibarra**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Silvia N Iorio**

represented by **Robert F Clarke**

*wife and husband*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bryan Iorio**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joyce Jefferson**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leamond Jefferson**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Iris Johnson**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ruth D Joslyn**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Don Joslyn**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lois Kage**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christa R Kinsey**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)

                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Kinsey**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teddy B Levine**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roy Levine**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Long**
*husband and wife*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Grady Long**
*a single man*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patty Brockel**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary Brockel**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clara Chairez**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Manuel Jimenez**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Helen W Marion**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jack Marion**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Saeeda Mubeen**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrica Feaster-Fields**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lottie Minnis**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Calvin Minnis**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Hardin**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bill Hardin**
*wife and husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Co Inc**
*a New Jersey corporation*

represented by **Douglas C Emhoff**
Venable
2049 Century Park East, 21st Floor
Los Angeles, CA 90067
310-229-9900
Email: demhoff@venable.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey M Tanzer**
Venable
2049 Century Park East, 21st Floor
Los Angeles, CA 90067
310-229-9900
Email: jtanzer@venable.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**McKesson Corporation**
*a Delaware corporation*

represented by **Anthony G Brazil**
Morris Polich & Purdy
1055 West 17th St, 24th Fl
Los Angeles, CA 90017-2503
213-891-9100
Email: abrazil@mpplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1-50*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2007 | 1 | NOTICE OF REMOVAL from Los Angeles County Superior Court, case number BC371964 with copy of summons and complaint.Case assigned to Judge George H. King, Discovery to Magistrate Judge Patrick J. Walsh. (Filing fee $ 350 Paid), filed by defendant Merck & Co Inc.(rrey) (Entered: 07/02/2007) |

| | | | |
|---|---|---|---|
| 06/26/2007 | | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Defendant Merck & Co Inc. (rrey) (Entered: 07/02/2007) |
| 06/26/2007 | | 5 | NOTICE of Related Case(s) filed by Defendant Merck & Co Inc. Related Case(s): CV 06-5378 FMC (PJWx) and other related cases. (rn) (Entered: 07/06/2007) |
| 07/02/2007 | | 3 | ANSWER to Notice of Removal, [1] DEMAND FOR JURY TRIAL. filed by defendant McKesson Corporation.(yc) (Entered: 07/06/2007) |
| 07/02/2007 | | 4 | CERTIFICATION of Interested Parties filed by Defendant McKesson Corporation. (yc) (Entered: 07/06/2007) |
| 07/03/2007 | | 6 | ANSWER to Notice of Removal, [1] JURY DEMAND. filed by defendant Merck & Co Inc.(yc) (Entered: 07/09/2007) |
| 07/25/2007 | | 7 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 07.02 -Related Case- filed. Related Case No: CV 06-5378 FMC (PJWx). Case transfered from Judge George H. King to Judge Florence-Marie Cooper for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 07-4172 GHK (PJWx).Signed by Judge Florence-Marie Cooper (rn) (Entered: 07/25/2007) |
| 07/31/2007 | | 8 | MINUTES OF IN CHAMBERS ORDER ON TRANSFER OF CASE TO JUDGE COOPER by Judge Florence-Marie Cooper : This action has been reassigned to the HONORABLE FLORENCE-MARIE COOPER, United States District Judge.Please substitute the initials FMC in place of the initials GHK. The case number will now read: 2:07-cv-04172-FMC-PJWx. Henceforth, it is imperative that the initials FMC be used on all documents to prevent any delays in processing of documents. (ama) (Entered: 07/31/2007) |
| 07/31/2007 | | 9 | STIPULATION AND ORDER STAYING PROCEEDINGS PENDING TRANSFER TO MDL 1789 pending in USDC Southern District of New York or until further order of court by Judge Florence-Marie Cooper(lc) (Entered: 08/01/2007) |
| 08/29/2007 | | 10 | CONDITIONAL TRANSFER ORDER (CTO-29) by Multidistrict Litigation Panel: for the Southern District of new York for coordinated or consolidated pretrial proceedings pursuant to 28 USC Section 1407. With the consent of that court, all such action have been assigned to the Honorable John F Keenan. Original file, certified copy of the transfer order and docket sheet sent. (MD JS-6. Case Terminated.)(shb) (Entered: 09/04/2007) |
| 09/04/2007 | | 11 | Transfer Out Transmittal Letter. A certified copy of the docket sheet and transmittal letters, certified copy of transfer order, entire case file sent to USDC Southern District of New York at New York, New York on 9/4/07. (shb) (Entered: 09/04/2007) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 09/04/2007 13:49:53 | | |
| PACER Login: | us3877 | Client Code: |

I hereby attest and certify on 9/4/07 that the foregoing document is and correct copy of the my office and in

| Description: | Docket Report | Search Criteria: | 2:07-cv-04172-FMC-PJW |
|---|---|---|---|
| Billable Pages: | 7 | Cost: | 0.56 |